1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11    TED DEAN PRATT,                    )   Case No. EDCV 07-374 SVW(JC)
                                         )
12                  Petitioner,          )
                                         )
13            v.                         )   ORDER ADOPTING FINDINGS,
                                         )   CONCLUSIONS, AND
14    JOHN MARSHALL,                     )   RECOMMENDATIONS OF UNITED
                                         )   STATES MAGISTRATE JUDGE
15                  Respondent.          )
      _____        )
16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records

18    herein, and the attached Report and Recommendation of United States Magistrate

19    Judge.  The Court approves and adopts the United States Magistrate Judge's

20    Report and Recommendation.

21         IT IS ORDERED that Judgment be entered dismissing this action without

22    prejudice for lack of prosecution.

23    ///

24    ///

25    ///

26    ///

27    ///

28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and on

3  counsel for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED: October 12, 2011

7

8

9  _____

10    HONORABLE STEPHEN V. WILSON
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28